**STATE of Missouri, Respondent,**

v.

**Randall T. ASHER, Appellant.**

**Nos. WD 50147, WD 53249.**

Missouri Court of Appeals, Western District.

June 30, 1997.

Ellen H. Flottman, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Christine M. Blegen, Assistant Attorney General, Jefferson City, for respondent.

Before ELLIS, P.J., and LOWENSTEIN and HOWARD, JJ.

### ORDER

PER CURIAM:

Randall Asher appeals from his conviction by jury of second degree murder, § 565.021, RSMo 1994, and armed criminal action, § 571.015, RSMo 1994, and the subsequent denial of his Rule 29.15 motion. The trial court's judgment of convictions is affirmed and the motion court's denial of Asher's Rule 29.15 motion for post-conviction relief is affirmed.